**MINUTE ENTRY**
**ROBY, M. J.**
**January 23, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHILLIP J. CAULFIELD** | **CIVIL ACTION** |
| **VERSUS** | **NO:   11-1891** |
| **DRC EMERGENCY SERVICES, LLC, ET AL** | **SECTION: "I" (4)** |

A Settlement Conference was held on this date.  Participating were: <u>David Christopher Whitmore</u> representing the plaintiff, and <u>Andy Joseph Dupre and Sean Patrick Brady</u> representing the defendants.  Negotiations were successful and a settlement was reached.  The agreement was recorded by Court Reporter, <u>Arlene Movahed</u>, (504) 589-7777.  The plaintiff, <u>Phillip Caulfield</u>, participated in the agreement on the record.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Judge Lance M. Africk**

**MJSTAR: 02:05**